UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



----------------------------------------------------------x
BELINDA SCOTT, Administratrix of the Estate of
SCOTT ERIKSEN,

                  Plaintiff,

-against-

COUNTY OF SUFFOLK, THE SUFFOLK COUNTY
SHERIFF'S DEPARTMENT, "John Doe" and
"Richard Roe", the identity and number of whom is
presently unknown; individually, and in their official
capacity as employees of THE SUFFOLK COUNTY
SHERIFF'S DEPARTMENT,

                  Defendants.
----------------------------------------------------------x

CV06-2036
(ADS) (WDW)

JUDICIAL SUBPOENA
<u>DUCES TECUM</u>

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JUL 26 2007

LONG ISLAND OFFICE

TO:
Attn: Detective Lt. Jack Fitzpatrick
Homicide Bureau
Suffolk County Police Department
30 Yaphank Avenue
Yaphank, New York 11980

Inmate's Name: Scott Eriksen
DOB: 3/8/85

GREETINGS:

    WE COMMAND YOU, that all business and excuses being laid aside, that you appear at the office of the attorney representing the plaintiff, **<u>Grandinette & Serio LLP, located at 114 Old Country Road, Suite 420, Mineola, New York 11501, on August 14, 2007, at 9:30 a.m.</u>** and produce at that time, the following records and information:

**<u>A complete copy of the Suffolk County Homicide Bureau's file pertaining to the investigation into the injury of inmate Scott Eriksen, DOB 3/8/85, on or about June 11, 2005, while in the custody of Suffolk County Sheriff's Deputies at the Cohalan Court Complex, Central Islip, New York, and his subsequent death on June 13, 2005.</u>**

    Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

    WITNESS, Honorable Magistrate Judge William D. Wall, a Judge presiding in the United States District Court for the Eastern District of New York, this ___ day of July, 2007

                  **SO ORDERED:**

                                       Magistrate Judge William D. Wall

***NO PERSONAL APPEARANCE
REQUIRED. THIS IS A SUBPOENA
FOR RECORDS ONLY.***

GRANDINETTE & SERIO LLP

By: Anthony M. Grandinette
*Attorney for Plaintiff*
114 Old Country Road, Suite 420
Mineola, New York 11501
(516) 248-5317